**AND NOW,** this 24th, day of December, 2009, the Order of the Commonwealth Court is **AFFIRMED.**

**COMMONWEALTH of Pennsylvania,** Respondent

v.

**Lillian A. NESBIT, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 24, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of December 2009, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **VACATED.** This matter is **REMANDED** to the trial court for resentencing pursuant to this Court's decision in *Commonwealth v. Haag,* 981 A.2d 902 (Pa. 2009).